IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  09-cv-02358-PAB-MJW

JOHN M.  WIECHEC,

Plaintiff(s),

v.

JAY HEMPHILL, et al,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Plaintiff's Unopposed Motion for Entry of Protective Order (docket no. 14) is GRANTED finding good cause shown.  The written Protective Order (docket no. 14-2) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date:  December 17, 2009